JS-6

Gideon Kracov (State Bar No. 179815)
LAW OFFICE OF GIDEON KRACOV
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 629-2071
Fax: (213) 623-7755
Email: gk@gideonlaw.net

Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA COMMUNITIES
AGAINST TOXICS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, an unincorporated non-profit association,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL PAPER COMPANY, a corporation, DOES 1 through 10,<br><br>Defendants. | Case No. 2:14-cv-08585-RSWL (SH)<br><br>**ORDER GRANTING DISMISSAL**<br><br>[FRCP 41(a)(2)] |

///

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that Plaintiff California Communities Against Toxics' claims against Defendant International Paper Co. set forth in the Complaint filed in Case No. 2:14-cv-08585-RSWL (SH) are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 31, 2016, or through the conclusion of any proceeding to enforce the Settlement Agreement, for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the Request to Dismiss as Exhibit 1(See [13]).

IT IS SO ORDERED.

Dated: 2/19/ 2015

RONALD S.W. LEW
_____
Hon. Ronald S. W. Lew
United States District Judge